G. CRAIG ROBINSON, SC# 10311
Attorney at Law
330 North Main, Wichita, KS 67202
Phone - 316.267.1220
Fax – 316.267.4160
gcrobinson@gcrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Division)

SHAYLYNN SECONDINE, )
         *Plaintiff,* )
vs. )
  )
CITY OF WICHITA, KANSAS, )
NORMAN WILLIAMS & )
RICHARD BACHMAN, )  Case No. 15-CV-1398-EFM-JPO
         *Defendant.* )
_____ )

### NOTICE OF IDENTIFICATION OF RULE 26(a)(1) DISCLOSURES OF DEFENDANT RICHARD BACHMAN

Defendant, RICHARD BACHMAN, notifies the Court that initial disclosures pursuant to Rule 26(a)(1) have been served upon the following attorneys of record on the 10th day of February, 2016:

    Magistrate Judge James P. O'Hara
    US District Courthouse
    401 S. Market Street
    Wichita, Kansas 67202
    ksd_ohara_chambers@ksd.uscourts.gov

    Mark T. Schoenhofer
    Attorney at Law
    1631 E. 1st Street
    Wichita, Kansas 67214
    mydefensefirst@yahoo.com

    J. Steven Pigg
    Attorney at Law
    3550 SW 5th Street
    PO Box 949
    Topeka, Kansas 66601-0949
    spigg@fisherpatterson.com

    Jennifer L. Magana

Sharon Dickgrafe
City Attorneys
455 North Main
Wichita, Kansas 67202
jmagana@wichita.gov
sdickgrafe@wichita.gov

_____
G. CRAIG ROBINSON, Attorney for Defendant
Richard Bachman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of February, 2016, true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following interested persons:

Magistrate Judge James P. O'Hara
US District Courthouse
401 S. Market Street
Wichita, Kansas 67202
ksd_ohara_chambers@ksd.uscourts.gov

Mark T. Schoenhofer
Attorney at Law
1631 E. 1st Street
Wichita, Kansas 67214
mydefensefirst@yahoo.com

J. Steven Pigg
Attorney at Law
3550 SW 5th Street
PO Box 949
Topeka, Kansas 66601-0949
spigg@fisherpatterson.com

Jennifer L. Magana
Sharon Dickgrafe
City Attorneys
455 North Main
Wichita, Kansas 67202
jmagana@wichita.gov
sdickgrafe@wichita.gov

_____
G. CRAIG ROBINSON, Attorney for Defendant
Richard Bachman

2