IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAYLYNN SECONDINE,

                Plaintiff,

vs.                                  Case No. 15-CV-1398-EFM-JPO

CITY OF WICHITA, KANSAS,
NORMAN WILLIAMS and
RICHARD BACHMAN,

                Defendants.

### NOTICE OF IDENTIFICATION OF RULE 26(a)(1) DISCLOSURES OF DEFENDANT

Defendant notifies the Court that second supplemental disclosures pursuant to Rule 26(a)(1) have been served upon the following attorneys of record on the 13th day of April, 2016:

Mark T. Schoenhofer
Attorney at Law
1631 E. 1st St.
Wichita, KS  67214

G. Craig Robinson
Attorney at Law
330 N. Main, Box 2474
Wichita, KS  67201


/s/ J. Steven Pigg
J. Steven Pigg                                #09213
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P.O. Box 949
Topeka, KS  66601-0949
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
**Attorney for Defendants City of Wichita and Norman Williams**

and

JENNIFER L. MAGAÑA, #15519
City Attorney
SHARON L. DICKGRAFE, #14071
Chief Deputy City Attorney
CITY OF WICHITA
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681 / (316) 268-4335 – fax
Email:  sdickgrafe@wichita.gov
**Attorney for City of Wichita**

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark T. Schoenhofer
Attorney at Law
1631 E. 1st St.
Wichita, KS  67214
mydefensefirst@yahoo.com
**Attorney for Plaintiff**

G. Craig Robinson
Attorney at Law
330 N. Main, Box 2474
Wichita, KS  67201
gcrobinson@gcrlaw.com
**Attorney for Defendant Richard Bachman**

I further certify that I mailed the foregoing document and the notice of electronic filing

{T0443048}                                          2

by first-class mail to the following non-CM/ECF participants:  None.

                                                /s/ J. Steven Pigg
                                                J. Steven Pigg