IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAYLYNN SECONDINE,

                              Plaintiff,

vs.                                    Case No. 15-CV-1398-EFM-GEB

CITY OF WICHITA, KANSAS,
NORMAN WILLIAMS and
RICHARD BACHMAN,

                              Defendants.

## NOTICE OF THIRD SUPPLEMENTAL RULE 26 DISCLOSURES OF DEFENDANT

Defendant notifies the Court that third supplemental disclosures pursuant to Rule 26 have been served upon the following attorneys of record on the 13th day of May, 2016:

Mark T. Schoenhofer
Attorney at Law
1631 E. 1st St.
Wichita, KS  67214
mydefensefirst@yahoo.com
**Attorney for Plaintiff**

G. Craig Robinson
Attorney at Law
330 N. Main, Box 2474
Wichita, KS  67201
gcrobinson@gcrlaw.com
**Attorney for Defendant Richard Bachman**

{T0443618}                                    1

/s/ J. Steven Pigg
J. Steven Pigg                                    #09213
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P.O. Box 949
Topeka, KS  66601-0949
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
**Attorney for Defendants City of Wichita and Norman Williams**

and

JENNIFER L. MAGAÑA, #15519
City Attorney
SHARON L. DICKGRAFE, #14071
Chief Deputy City Attorney
CITY OF WICHITA
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681 / (316) 268-4335 – fax
Email:  sdickgrafe@wichita.gov
**Attorney for City of Wichita**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark T. Schoenhofer
Attorney at Law
1631 E. 1st St.
Wichita, KS  67214
mydefensefirst@yahoo.com
**Attorney for Plaintiff**

{T0443618}                                              2

      G. Craig Robinson
      Attorney at Law
      330 N. Main, Box 2474
      Wichita, KS  67201
      gcrobinson@gcrlaw.com
      **Attorney for Defendant Richard Bachman**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  None.

                                                /s/ J. Steven Pigg
                                                J. Steven Pigg