IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAYLYNN SECONDINE, }
}
                Plaintiff, }
}
vs. }   Case No. 15 CV 1398-EFM-JPO
}
CITY OF WICHITA, KANSAS, }
NORMAN WILLIAMS, and }
RICHARD BACHMAN, }
}
                Defendants. }
_____}

### NOTICE OF SERVICE OF PLAINTIFF'S FOURTH AMENDED FRCP 26 INITIAL DISCLOSURES

**COMES NOW** the Plaintiff, by and through her attorney of record, Mark T. Schoenhofer, and notifies the Court that she has served upon Steve Pigg, attorney for defendants City of Wichita and Norman Williams, and upon G Craig Robinson, Attorney for the defendant Richard Bachman, Plaintiff's Fourth Amended Rule 26 Initial Disclosures, by sending the same via email, on the 23rd day of May, 2016.

Respectfully Submitted,

*Mark T. Schoenhofer*
Mark T. Schoenhofer, SC# 15781
1631 E. 1st Street
Wichita, Kansas 67214
(316) 262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that I electronically filed the foregoing Notice of Service with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

              *Mark T. Schoenhofer*
              Mark T. Schoenhofer, Kan. Bar. No. 15781