G. CRAIG ROBINSON, SC# 10311
Attorney at Law
330 North Main, Wichita, KS 67202
Phone - 316.267.1220
Fax – 316.267.4160
gcrobinson@gcrlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(Wichita Division)**

| | |
|---|---|
| SHAYLYNN SECONDINE, ) | |
|     *Plaintiff,* ) | |
| vs. ) | |
| ) | |
| CITY OF WICHITA, KANSAS, ) | |
| NORMAN WILLIAMS & ) | |
| RICHARD BACHMAN, ) | Case No. 15-CV-1398-EFM-JPO |
|     *Defendant.* ) | |
| ) | |

**NOTICE OF IDENTIFICATION OF SUPPLEMENTAL RULE 26(a)(1)**
**DISCLOSURES OF DEFENDANT RICHARD BACHMAN**

Defendant, RICHARD BACHMAN, notifies the Court that supplemental disclosures pursuant to Rule 26(a)(1) have been served upon the following attorneys of record on the 24th day of June, 2016:

> Magistrate Gwynne E. Birzer
> US District Courthouse
> 401 S. Market Street
> Wichita, Kansas 67202
> ksd_birzer_chambers@ksd.uscourts.gov
>
> Mark T. Schoenhofer
> Attorney at Law
> 1631 E. 1st Street
> Wichita, Kansas 67214
> mydefensefirst@yahoo.com
>
> J. Steven Pigg
> Attorney at Law
> 3550 SW 5th Street
> PO Box 949
> Topeka, Kansas 66601-0949
> spigg@fisherpatterson.com
>
> Jennifer L. Magana

Sharon Dickgrafe
City Attorneys
455 North Main
Wichita, Kansas 67202
jmagana@wichita.gov
sdickgrafe@wichita.gov

                                              G. CRAIG ROBINSON, Attorney for Defendant
                                              Richard Bachman

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of June, 2016, true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following interested persons:

Magistrate Gwynne E. Birzer
US District Courthouse
401 S. Market Street
Wichita, Kansas 67202
ksd_birzer_chambers@ksd.uscourts.gov

Mark T. Schoenhofer
Attorney at Law
1631 E. 1st Street
Wichita, Kansas 67214
mydefensefirst@yahoo.com

J. Steven Pigg
Attorney at Law
3550 SW 5th Street
PO Box 949
Topeka, Kansas 66601-0949
spigg@fisherpatterson.com

Jennifer L. Magana
Sharon Dickgrafe
City Attorneys
455 North Main
Wichita, Kansas 67202
jmagana@wichita.gov
sdickgrafe@wichita.gov

                                              G. CRAIG ROBINSON, Attorney for Defendant
                                              Richard Bachman