G. CRAIG ROBINSON, SC# 10311
Attorney at Law
330 North Main, Wichita, KS 67202
Phone - 316.267.1220
Fax – 316.267.4160
gcrobinson@gcrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Division)

| | |
|---|---|
| SHAYLYNN SECONDINE, ) | |
| *Plaintiff*, ) | |
| vs. ) | |
| ) | |
| CITY OF WICHITA, KANSAS, ) | |
| NORMAN WILLIAMS & ) | |
| RICHARD BACHMAN, ) | Case No. 15-CV-1398-EFM-JPO |
| *Defendant.* ) | |
| ) | |

**SUPPLEMENTAL RULE 26(a) DISCLOSURES**
**OF DEFENDANT RICHARD BACHMAN**

Initial disclosures required by Rule 26(a)(1) and pursuant to Rule 26(f) Fed. R. Civ. P., are being submitted by Defendant, RICHARD BACHMAN, as follows:

A. Individuals likely to have discoverable information that the disclosing party may use to support its claims or defenses (Rule 26(a)(1)(A)).

1. Carol Bachman – Defendant Richard Bachman's wife.

2. Kris Withrow – Employee of Signal 88 Security of Wichita, 515 S. Main, Suite 212, Wichita, KS 67202; Employer of witness M.C.

3. Casey Stewart – 2575 N. Bullinger, Wichita, KS 67204; Witnessed initial interaction between Plaintiff and Defendant on August 10th, 2014.

4. Jason D. Stepien – 12527 E.Tallowood Drive, Wichita, Kansas; Club manager of Finn's Club and possibly witnessed initial interaction with Plaintiff and Defendant on August 10th, 11th, 2014.

1

          G. CRAIG ROBINSON, Attorney for Defendant
          Richard Bachman

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of June, 2016, true and correct copy of the above and foregoing SUPPLEMENTAL RULE 26 DISCLOSURE was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following interested persons:

    Magistrate Gwynne E. Birzer
    US District Courthouse
    401 S. Market Street
    Wichita, Kansas 67202

    Mark T. Schoenhofer
    Attorney at Law
    1631 E. 1st Street
    Wichita, Kansas 67214

    J. Steven Pigg
    Attorney at Law
    3550 SW 5th Street
    PO Box 949
    Topeka, Kansas 66601-0949

    Jennifer L. Magana
    Sharon Dickgrafe
    City Attorneys
    455 North Main
    Wichita, Kansas 67202

          G. CRAIG ROBINSON, Attorney for Defendant
          Richard Bachman