IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAYLYNN SECONDINE,

                        Plaintiff,

       vs.                                      Case No. 15-CV-1398-EFM-GEB

CITY OF WICHITA, KANSAS,
NORMAN WILLIAMS and
RICHARD BACHMAN,

                        Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

      The parties hereby stipulate that the claims of the plaintiff, Shaylynn Secondine, against the defendants, City of Wichita, Kansas and Norman Williams, have been resolved. The parties stipulate that all plaintiff's claims against defendants, City of Wichita, Kansas and Norman Williams, should be dismissed pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) with prejudice with costs assessed to the party incurring same and with each party to bear their own attorney's fees and expenses of litigation.

STIPULATED BY:

/s/ Mark T. Schoenhofer
Mark T. Schoenhofer                 #15781
Attorney at Law
1631 E. 1st Street
Wichita, KS  67214
(316) 262-5400 / (316) 262-1787 – fax
Email:  mydefensefirst@yahoo.com
**Attorney for Plaintiff**

{T0444941}                                   1

/s/ J. Steven Pigg
J. Steven Pigg                                #09213
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P.O. Box 949
Topeka, KS  66601-0949
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
**Attorney for Defendants City of Wichita**
**and Norman Williams**

and

JENNIFER L. MAGAÑA, #15519
City Attorney
SHARON L. DICKGRAFE, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681 / (316) 268-4335 – fax
Email:  sdickgrafe@wichita.gov
**Attorneys for Defendant City of Wichita**