# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SHAYLYNN SECONDINE,

      Plaintiff,

vs.             Case No. 15 CV 1398-GEB

RICHARD BACHMAN,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that the claims of the plaintiff, Shaylynn Secondine, against Defendant Richard Bachman have been resolved. The parties stipulate that Plaintiff's claims against Defendant Richard Bachman should be dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii) with prejudice, and with costs assessed to the party incurring the same and with each party bearing his/her attorney's fees and expenses of litigation.

Stipulated by:

/S/ Mark T. Schoenhofer
Mark T. Schoenhofer, SC# 15781
1631 E. 1st Street
Wichita, Kansas 67214
(316) 262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com
Attorney for Plaintiff

and


*/S/ G. Craig Robinson*
330 N. Main
P.O. Box 2474
Wichita, Kansas 67201-2474
Fax: 316-267-4160
Email: gcraigrobinson@gcrlaw.com
Attorney for Defendant Richard Bachman